IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY WEAVER,
    Petitioner,

v.                No.  5:05cv46/LAC/MD

JAMES V. CROSBY, JR.,
    Respondent.

_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 18, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petitioner's motion for default judgment (doc. 34) is DENIED.

3.    This cause is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 21st day of December, 2005.

                                           *s/L.A. Collier*
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**