IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERRY WEAVER,**
    Petitioner,

v.        No.  5:05cv46/LAC/MD

**JAMES R. MCDONOUGH,**
    Respondent.

_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 6, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The second amended petition for writ of habeas corpus (doc. 13) challenging the conviction and sentence in the case of *State of Florida v. Terry Weaver* in the Circuit Court of Bay County, Florida, case no. 99-1004 is DENIED and this cause is DISMISSED and the clerk is directed to close the file.

DONE AND ORDERED this 25th day of July, 2006.

                                *s/L.A. Collier*
                                **LACEY A. COLLIER**
                                **SENIOR UNITED STATES DISTRICT JUDGE**