IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERRY WEAVER,**
    Petitioner,

v.                                                     Case No.  5:05cv46/LAC/MD

**JAMES R. MCDONOUGH,**
    Respondent.
_____

## ORDER

    This cause is before the court upon petitioner's notice of appeal (doc. 48), construed as a motion for certificate of appealability (doc. 51), his motion for order of insolvency (doc. 49) and his motion for leave to appeal *in forma pauperis* (doc. 50).  Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's July 25, 2006 Order (doc. 46) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on July 6, 2006 (doc. 44), a certificate of appealability will be DENIED.  For the same reasons, there is no good faith basis for an appeal and petitioner is not entitled to proceed *in forma pauperis* on appeal.  Fed.R.App.P. 24(a).

    Accordingly, it is ORDERED:

    1.  Petitioner's motion for certificate of appealability (docs. 48, 51), is DENIED and no certificate shall issue.

**2. Petitioner's motions for order of insolvency and for leave to appeal** *in forma pauperis* **(docs. 49, 50) are DENIED.  Petitioner shall pay the $455.00 filing fee within thirty (30) days of this order.**

**DONE AND ORDERED this 14th day of August, 2006.**

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

*Case No: 5:01cv151*